# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM JAFARU,<br>Petitioner,<br>v.<br><br>JEREMY CASEY, Warden, Imperial Regional Detention Facility,<br>Respondent. | Case No.: 3:26-cv-01499-BTM-VET<br><br>**ORDER:**<br>**(1) TO SHOW CAUSE,**<br>**(2) ENJOINING REMOVAL FROM THE SOUTHERN DISTRICT,**<br>**(3) GRANTING MOTION TO PROCEED IN FORMA PAUPERIS, AND (4) GRANTING MOTION TO APPOINT COUNSEL**<br><br>**[ECF NO. 2, 3]** |

//

//

//

After reviewing the petition, the Court concludes that dismissal of the petition without briefing is unwarranted. Accordingly, the Court orders as follows.

First, the Court orders the Respondent to show cause why the petition should not be granted. The Respondent must file a brief responding to the Court's order no later than March 27, 2026. The Petitioner may file a brief responding to the Respondent's brief after March 27, 2026, but no later than April 3, 2026. The petition will be deemed submitted for the Court's decision on April 3, 2026. There will be no oral argument unless requested by the Court.

Second, the Respondent is enjoined from removing the Petitioner from the Southern District of California until the petition is decided. *See* 28 U.S.C. § 1651.

Third, the Petitioner has filed a motion to proceed in forma pauperis in which he attests he has insufficient means to pay the $5.00 filing fee. (ECF No. 2.) Accordingly, the Court **GRANTS** Petitioner's application to proceed in forma pauperis. The Clerk shall file the Petition for a Writ of Habeas Corpus without prepayment of the filing fee.

Fourth, the Court **GRANTS** the motion to appoint counsel. (ECF No. 3.) The Court appoints the Federal Defenders of San Diego, Inc., to represent the Petitioner in this case. The Court finds that the interests of justice require that the Petitioner, who seeks relief under 28 U.S.C. § 2241, receive representation. *See* 18 U.S.C. § 3006A(a)(2).

**IT IS SO ORDERED.**

Dated: March 13, 2026

Barry Ted Moskowitz

Honorable Barry Ted Moskowitz
United States District Judge